UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMAKA NDEGE,

              Plaintiff,

- against -

SKANSKA USA BUILDING INC.,

              Defendant.

22-cv-4420 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    This case has been referred to the Court's Alternative Dispute Resolution program of mediation. See ECF No. 9. The parties are directed to participate in the mediation in good faith and report to the Court on the status of this case within 7 days of the conclusion of the mediation. The conference scheduled for August 11, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
           August 3, 2022

                                      John G. Koeltl
                                 United States District Judge