UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

SAMAKA NDEGE,                           22-cv-4420 (JGK)

          Plaintiff,              ORDER

    - against -

SKANSA USA BUILDING INC.,

          Defendant.

───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    On August 4, 2022, this action was referred to the Court's Alternative Dispute Resolution program for mediation. See ECF No. 10. The Court ordered the parties to "report to the Court on the status of this case within 7 days of the conclusion of the mediation." Id. On October 25, 2022, the Mediator reported that the mediation was "unsuccessful in resolving any issue in the case" and deemed the referral for mediation "completed." ECF No. 11. Seven days passed without a status update from the parties, and no such status update has been submitted to date.

    Accordingly, the parties are directed to provide the Court with an update on the status of this case by **December 1, 2022.**

SO ORDERED.

Dated:    New York, New York
           November 10, 2022

                                            John G. Koeltl
                                   United States District Judge