

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ  07102

Peter Ajalat
Office Managing Shareholder

Marlie P. Blaise
973.848.4756 direct
973.848.4700 main
mblaise@littler.com

April 5, 2023

**MEMORANDUM ENDORSED**

**VIA ECF**
Hon. Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  **Samaka Ndege v. Skanska USA Building Inc.
     Civil No. 22-CV-04420 (JGK)(GWG)**

Dear Judge Gorenstein:

This firm represents Defendant Skanska USA Building Inc. ("Skanska" or "Defendant") in the above-referenced matter.  We write to respectfully request an adjournment of the April 7, 2023, telephonic discovery conference scheduled for 11:00 a.m.  *See* Dkt. 32.

Due to the Good Friday holiday, counsel for Defendant is unavailable to attend the conference.  After conferring with the Deputy Clerk, we learned that the Court has availability for April 13, at 11:00 a.m.  We have proposed this alternative date to Plaintiff's counsel and although he is available on April 7, he does not oppose the adjournment.  For this reason, we respectfully request that the discovery conference be rescheduled to April 13 at 11:00 a.m.

We thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Marlie P. Blaise*

Marlie P. Blaise

cc:  All counsel of record via ECF

Conference adjourned to April 13, 2023, at 11:00 a.m.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
April 6, 2023

littler.com