

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102

Peter Ajalat
Office Managing Shareholder

Marlie P. Blaise
973.848.4756 direct
973.848.4700 main
mblaise@littler.com

August 9, 2023

**VIA ECF**

Hon. Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **Samaka Ndege v. Skanska USA Building Inc.**
 **Civil No. 22-CV-04420 (JGK)(GWG)**

Dear Judge Gorenstein:

This firm represents Defendant Skanska USA Building Inc. ("Skanska" or "Defendant") in the above-referenced matter. We write pursuant to Section 2.A. of Your Honor's Individual Practices, with Plaintiff's counsel, to inform Your Honor that the parties have agreed to extend Defendant's deadline to respond to Plaintiff's August 7, 2023, letter motion to compel discovery (ECF #44) to August 16, 2023.

We thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Marlie P. Blaise*

Marlie P. Blaise

cc: All counsel of record via ECF

4877-3136-8054.1 / 051749-1129