UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMAKA NDEGE,

               Plaintiff,

   - against -

SKANSKA USA BUILDING INC.,

               Defendant.

22-cv-4420 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Clerk is directed to strike ECF NO. 59.

SO ORDERED.

Dated:   New York, New York
        October 24, 2023

                                       John G. Koeltl
                             United States District Judge