UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
SAMAKA NDEGE
:
             Plaintiff,                         <u>ORDER</u>
:
  -v.-
:      22 Civ. 4420 (JGK) (GWG)

SKANSKA USA BUILDING INC.        :

            Defendant.              :
-------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     A conference to discuss the discovery dispute raised in Docket # 65 will take place on November 28, 2023 at 11:00 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York.

     This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin on time.

     Each attorney is directed to ensure that all other attorneys are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

     SO ORDERED.

Dated: November 22, 2023
       New York, New York

                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge