

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ  07102

Peter Ajalat
Office Managing Shareholder

Marlie P. Blaise
973.848.4756 direct
973.848.4700 main
mblaise@littler.com

# MEMORANDUM ENDORSED

November 27, 2023

**VIA ECF**
Hon. Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **Samaka Ndege v. Skanska USA Building Inc.
Civil No. 22-CV-04420 (JGK)(GWG)**

Dear Judge Gorenstein:

This firm represents Defendant Skanska USA Building Inc. ("Skanska" or "Defendant") in the above-referenced matter.  We write pursuant to Section 2.A. of Your Honor's Individual Practices, with Plaintiff's counsel, to request that your Honor adjourn the discovery conference currently scheduled for November 28, 2023 at 11:00 a.m. to December 4, 2023, at 11:00 a.m. (a date and time that the Deputy Clerk has confirmed is available).  Plaintiff's counsel consents to the adjournment.

We thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Marlie P. Blaise*

Marlie P. Blaise

cc: All counsel of record via ECF

Application granted.  Conference adjourned to December 4, 2023, at 11:00 am.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 27, 2023

4860-1761-5251.1 / 051749-1129