UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SAMAKA NDEGE                                      :

        Plaintiff,                         :        <u>ORDER</u>

-v.-                                                               :
                                                          22 Civ. 4420 (JGK) (GWG)
SKANSKA USA BUILDING INC.,         :

        Defendant.                       :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The time of the discovery conference scheduled for Courtroom 519 at 40 Centre Street on Monday, December 4, 2023, is changed from at 11:00 a.m. to <u>11:30 a.m.</u> Counsel should confirm that all other counsel are aware of this time change.

      SO ORDERED.

Dated: December 1, 2023
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge